## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ARCELIS ALTAGRACIA VELASQUEZ,

                    Plaintiff,                    19 **CIVIL** 9303 (DF)

      -against-                          **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated September 24, 2021, Defendant's cross-motion for judgment on the pleadings (Dkt. 17) is denied; and this case is hereby remanded to the SSA pursuant to sentence four of Section 205(g) of the Act, 42 U.S.C. § 405(g). Upon remand, the ALJ is directed as further set forth in the Order.

**Dated:** New York, New York
           September 27, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                          **BY:**        *K. Mango*

                                                        **Deputy Clerk**